IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>           Plaintiff,<br><br>   v.<br><br>INTERNATIONAL HOUSE OF PANCAKES, INC., ET AL.,<br><br>           Defendants. | Case No. 1:14-CV-1982 SMS<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>**(Document 8)** |

On March 2, 2015, Plaintiff filed a notice that the matter has settled, document 8. Thus, the Court **ORDERS**:

1. Plaintiff shall file an order dismissing this case no later than May 8, 2015;

2. All pending dates, conferences, and hearings are VACATED and any pending motions are ordered TERMINATED;

3. Within 10 days of this order, Plaintiff SHALL file a notification to the Court whether she will consent to Magistrate Judge jurisdiction for purposes of processing the dismissal;

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or any party who contributed to violation of this order. See Local Rules 110, 160.**

IT IS SO ORDERED.

**DATED:  3/11/2015**             /s/ SANDRA M. SNYDER
                                                **UNITED STATES MAGISTRATE JUDGE**