# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL HOUSE OF PANCAKES, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01982-SMS<br><br>ORDER AFTER SETTLEMENT<br><br><br><br>(Doc. 12) |

Because Plaintiff Aurora Cervantes has settled all claims with the Defendants in the above-captioned matter, she has requested that the Court dismiss the case with prejudice. Accordingly, the Court hereby ORDERS that the above-captioned case be dismissed with prejudice. The Clerk of Court is directed to CLOSE the case.

IT IS SO ORDERED.

　Dated:   **March 25, 2015**　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1